339 F.2d 887
 James B. PACKARD, Appellant,
v.
UNITED STATES of America, Appellee.
 No. 19318.
 United States Court of Appeals Ninth Circuit.
 Dec. 22, 1964.
 
 Irving C. Sugarman, Bernheim, Sugarman & Gilbert, Richmond, Cal., for appellant.
 Cecil F. Poole, U.S. Atty., David R. Urdan, Asst. U.S. Atty., San Francisco, Cal., for appellee.
 Before ORR, HAMLEY and DUNIWAY, Circuit Judges.
 PER CURIAM:
 
 
 1
 The judgment is affirmed for the reasons stated in the opinion of the trial court. (United States v. Packard, D.C., 236 F.Supp. 585).